FILED'09 OCT 22 13:45USDC-ORP

Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff


## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**NADINE M. BRACKIN,**

                    Plaintiff,

    vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

                 Defendant.

Civil No. 08-6340-KI

**ORDER FOR ATTORNEY FEES
PURSUANT TO EAJA**

       After considering the Stipulated Motion of the parties submitted herein, Order is hereby

granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $5849.00 for full

settlement of all claims for fees under EAJA.

       IT IS SO ORDERED this day of October 21, 2009

                                   _____
                                   U.S. District Judge

PRESENTED BY:

By:    /s/ DREW L. JOHNSON
        Drew L. Johnson, OSB #75200
        Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA